UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JEFFREY HAROLD BOX** | **CIVIL ACTION NO. 24-1359** |
| | **SECTION P** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **BERLIN SWEET, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jeffrey Harold Box's Complaint and Amended Complaint [Doc. Nos. 1, 7] are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 5th day of December 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**